UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BARBARA A. PHILLILPS,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

Case No. 12-10016

Paul D. Borman
United States District Judge

R. Steven Whalen
United States Magistrate Judge

### ORDER ADOPTING MAGISTRATE JUDGE WHALEN'S AUGUST 8, 2013 REPORT AND RECOMMENDATION RE: ATTORNEY FEES (ECF NO. 25)

On August 30, 2013, Magistrate Judge R. Steven Whalen issued a Report and Recommendation Re: Attorney Fees recommending that the Court grant in part Plaintiff's petition for attorney fees, reducing the amount claimed to $4,671.00. (ECF No. 25.) Having reviewed the Report and Recommendation, and there being no timely objections from either party under 28 U.S.C. § 636(b)(1) and E.D. Mich L.R. 72.1(d), the Court ADOPTS the Report and Recommendation, GRANTS IN PART Plaintiff's petition for fees and awards fees in the amount of $4,671.00, to be determined and paid per the directives contained in Magistrate Judge Whalen's Report and Recommendation.

IT IS SO ORDERED.

                                                  s/Paul D. Borman
                                                  PAUL D. BORMAN
                                                  UNITED STATES DISTRICT JUDGE

Dated: September 20, 2013

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on September 20, 2013.

                                                s/Deborah Tofil
                                                Case Manager